**Anthony Maurice WASHINGTON,
Petitioner,**

v.

**DEPARTMENT OF the TREASURY,
Respondent.**

No. 2010–3040.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2010.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re BAYER HEALTHCARE
LLC and CSL Behring
LLC, Petitioners.**

No. 918.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2010.

ON PETITION FOR WRIT
OF MANDAMUS

### ORDER

Upon consideration of Bayer Healthcare LLC et al.'s unopposed motion to withdraw this petition for writ of mandamus,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) All pending motions are moot.